627 A.2d 1129

NEW JERSEY STATE LEAGUE OF MUNICIPALITIES,
ETC., ET AL. v. STATE OF NEW JERSEY.

April 20, 1993.

ORDER

ORDERED that the appeal in the above matter is dismissed.

627 A.2d 1129

STATE OF NEW JERSEY v. JACKIE HUNTER.

April 29, 1993.

ORDER

Motion for summary disposition is granted, and the judgment of the Appellate Division (A–5637–90) is summarily modified and the matter remanded to the Law Division for consideration in light of *State v. Rosado* 131 *N.J.* 423, 621 *A.*2d 12 (1993).